## WRITTEN RESOLUTION OF THE BOARD OF DIRECTORS OF SWEET ACQUISITIONS, LLC

### Feb 27, 2023

The undersigned, being the Members (collectively, the "Members") of Sweet Acquisitions, LLC, a Texas limited liability company (the "Company"), hereby adopt the following resolution:

**WHEREAS**, the Members have concluded that it would be in the best interest of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 7 of the Bankruptcy Code;

**WHEREAS**, the Members have concluded that it would be in the best interests of creditors to retain the law firm of Quadros Migl & Crosby PLLC ("QMC") to file a voluntary petition under Chapter 7 of the Bankruptcy Code for the Company:

**NOW, LET IT THEREFORE BE:**

**RESOLVED**, that the Members be, and each of them hereby is, authorized in the name and on behalf of the Company, to certify the passage of the foregoing resolutions;

**RESOLVED**, that in the judgment of the Members, it is in the best interest of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under Chapter 7 of the Bankruptcy Code;

**RESOLVED**, Daniel Sweet (the "Authorized Officer") is hereby authorized and empowered on behalf of, and in the name of, the Company, to execute and verify or certify a petition under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of Texas at such time as the Authorized Officer shall determine;

**RESOLVED**, that the Authorized Officer, and such other officers of the Company as the Authorized Officer shall, from time to time, designate, be, and hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and file all petitions, schedules, lists and other papers, and to take any and all actions that the Authorized Officer may deem necessary or proper in connection with the Chapter 7 case;

**RESOLVED**, that QMC shall be engaged as bankruptcy counsel for the Company for the purpose of filing on behalf of the Company a voluntary petition under Chapter 7 of the Bankruptcy Code;

**RESOLVED**, that the Authorized Officer be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company, to retain and employ other attorneys, accountants, and other professionals to assist in the Company's Chapter 7 case on such terms as the Authorized Officer deemed necessary or proper.

**RESOLVED**, that this resolution may be executed in any number of counterparts by means of an original, facsimile, or portable document format (PDF) signature, each of which shall be deemed an original document and all of which comprised together shall constitute one and the same document.

*[Reminder of Page Left Intentionally Blank]*

IN WITNESS THEREOF, the undersigned have set their hands effective as of the 27th day of February, 2023.

Name:  Daniel Sweet

Name:  Angela Sweet

Name:  Wes Parker