# United States Bankruptcy Court
## Southern District of Texas

In re   **Sweet Acquisitions, LLC**                           Case No.   23-30648

Debtor(s)                        Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Sweet Acquisitions, LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 28, 2023**
Date

_Meritt Crosby_
**Meritt Crosby**
Signature of Attorney or Litigant
Counsel for   **Sweet Acquisitions, LLC**
**Quadros Migl & Crosby PLLC**
**712 Main St.**
**Suite 1100**
**Houston, TX 77002**
**214-731-3111 Fax:214-731-3117**
**mcrosby@qmclaw.com**