**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 04, 2023

Nathan Ochsner, Clerk

In Re:   Sweet Acquisitions, LLC

**Debtor(s)**

Case No.: 23–30648

Chapter: 7

---

*ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Allison D Byman is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 5/4/23

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE