United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 15, 2025
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

IN RE:                                          CASE NO. 23−30648
Sweet Acquisitions, LLC                          CHAPTER 7

      Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

The following motion is GRANTED:

*53* − Application to Deposit Unclaimed Funds Filed by Trustee Allison D Byman (Attachments: # 1 Proposed Order) (Byman, Allison)

These unclaimed funds may be deposited into the Registry of the Court:

      Amount: $ 207.49
      Owed to: MLink Technologies, Inc.

Signed and Entered on Docket: 10/15/25.

              by: <u>Araceli Juarez</u>
                   Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000−3.

United States Bankruptcy Court

Southern District of Texas

In re:                                                                                    Case No. 23-30648-jpn

Sweet Acquisitions, LLC                                                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4                          User: ADIuser                                Page 1 of 2

Date Rcvd: Oct 15, 2025                       Form ID: odepfund                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

**Recip ID**          **Recipient Name and Address**
db          + Sweet Acquisitions, LLC, 712 Main St., Suite 1100, Houston, TX 77002-3224

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison D Byman | adb@bymanlaw.com<br>adb@trustesolutions.net;rww.trustee1@gmail.com;cadb11@trustesolutions.net;rah@bymanlaw.com;kst@bymanlaw.com;bam@bymanlaw.com |
| Allison D Byman | on behalf of Trustee Allison D Byman adb@bymanlaw.com<br>adb@trustesolutions.net;rww.trustee1@gmail.com;cadb11@trustesolutions.net;rah@bymanlaw.com;kst@bymanlaw.com;bam@bymanlaw.com |
| Courtney Hull | on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Jennifer Murphy | on behalf of Creditor Live Oak Banking Company jennifer.murphy@mccalla.com |

District/off: 0541-4                        User: ADIuser                                    Page 2 of 2
Date Rcvd: Oct 15, 2025                      Form ID: odepfund                                Total Noticed: 1

Jennifer Murphy
                    on behalf of Debtor Sweet Acquisitions  LLC jennifer.murphy@mccalla.com

Meritt Crosby
                    on behalf of Debtor Sherpa Coaching  Inc. mcrosby@qmclaw.com

Meritt Crosby
                    on behalf of Debtor MLink Technologies  Inc. mcrosby@qmclaw.com

Meritt Crosby
                    on behalf of Debtor Sweet Acquisitions  LLC mcrosby@qmclaw.com

Michelle Valadares Friery
                    on behalf of Trustee Allison D Byman michelle@wilsonfriery.com  admin@wilsonfriery.com

Michelle Valadares Friery
                    on behalf of Attorney Chapter 7 Trustee Allison D. Byman michelle@wilsonfriery.com  admin@wilsonfriery.com

US Trustee
                    USTPRegion07.HU.ECF@USDOJ.GOV


TOTAL: 11